# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL MORAN DAVID,<br><br>       Plaintiff,<br> vs.<br><br>G.J. GIURBINO, Warden, et al.,<br><br>       Defendants. | CASE NO. 06cv403 BTM(JMA)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITH PREJUDICE** |

  In a Report and Recommendation filed on January 22, 2007, Magistrate Judge Adler recommended that the Court grant Defendants' Motion to Dismiss Plaintiff's Complaint and Strike Plaintiff's Claim for Punitive Damages. No objections were filed. The Court agrees with the Report and Recommendation and adopts it as the decision of the Court. Defendants' Motion to Dismiss Plaintiff's Complaint and Strike Plaintiff's Claim for Punitive Damages is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. The Clerk shall enter final judgment dismissing the case with prejudice.

**IT IS SO ORDERED.**

DATED: March 16, 2007

*Barry Ted Moskowitz*
Hon. Barry Ted Moskowitz
United States District Judge